UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION, LLC, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> WESTERN UNITED CIVIL GROUP, LLC, d/b/a JET CONSTRUCTION NW, INC., <br><br> Garnishee. | Cause No. MC22-0085RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, O-Co Concrete Construction LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Western United Civil Group, LLC, d/b/a Jet Construction NW, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 13, 2022.

Dated this 17th day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1